UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:
    **CYNTHIA MORGAN**                                      CASE NO.:   17-45982
                                                                  CHAPTER:   13
            DEBTOR.                                      JUDGE:     TUCKER
_____/

## ORDER GRANTING OBJECTION TO PROOF OF CLAIM
## OF MICHIGAN DEPARTMENT OF TREASURY

      This matter having come on for hearing before the Court by way of the objection of the debtor to the allowance of the claim of the above referenced creditor, service having been made with a notice of hearing allowing a thirty (30) day notice pursuant to Bankruptcy Rule 3007, a hearing having been held, the court having heard the matter in open court and for the reasons stated on the record:

      **NOW THEREFORE, IT IS HEREBY ORDERED:**

      The objection to the Proof of Claim filed by the above-referenced creditor is hereby granted. To the extent that the Chapter 13 Standing Trustee has previously made disbursements to such creditor, the Trustee shall not be obligated to recoup same.

      **IT IS FURTHER ORDERED** as follows: **[Only provisions checked below apply]**

**IT IS FURTHER ORDERED** as follows: **[Only provisions checked below apply]**

      1. The Proof of Claim filed by Michigan Department of Treasury (Docket #9) is modified to a total debt of $1,712.80, which includes a priority claim in the amount of $1,551.08.

**Signed on November 13, 2017**



      /s/ Thomas J. Tucker
      Thomas J. Tucker
      United States Bankruptcy Judge